

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2023

No. 04-23-00637-CR

**IN RE** Ramon Oniel **SARAVIA-BONILLA**

Original Proceeding[1]

**ORDER**

On June 29, 2023, Relator, Ramon Oniel Saravia-Bonilla, filed a petition for writ of mandamus, complaining of the trial court's June 15, 2023, order. Relator also filed a motion to stay the underlying proceedings, which we granted on June 30, 2023.

On June 21, 2023, we issued an opinion holding that equal protection claims are cognizable in a pre-trial application for writ of habeas corpus. *See Ex parte Aparacio*, 672 S.W.3d 696, 713 (Tex. App.—San Antonio 2023, pet. granted) (en banc). We believe the trial court should have an opportunity to reconsider its decision in light of our recent opinion. Therefore, we **DENY** the petition for writ of mandamus **WITHOUT PREJUDICE** to Relator's seeking relief, if necessary, after the trial court has had an opportunity to reconsider its ruling. *See* TEX. R. APP. P. 52.8(a).

The stay issued on June 30, 2023, is **LIFTED**.

It is so **ORDERED** on October 18, 2023.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 11490CR, styled *State of Texas v. Ramon Oniel Saravia-Bonilla*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.